# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-02203-HLT-ADM |
| vs. ) | |
| ) | |
| CULP McAULEY, INC., BRANDON ) | |
| CULP, CAMPBELL McAULEY, MARK ) | |
| DEPEW, and LARRY M. ROBERTS, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Pursuant to Local Rule 5.1(c), Catherine D. Singer of GM Law PC enters her appearance in this matter as counsel for Defendant Campbell McAuley.

Dated: February 6, 2023

Respectfully submitted,

GM LAW PC

By  /s/ Catherine D. Singer
Catherine D. Singer    KS # 26271
1201 Walnut Street, 20th Floor
Kansas City, MO 64106
Telephone:    (816) 471-7700
Facsimile:     (816) 471-2221
catherines@gmlawpc.com

*Counsel for Defendant Campbell McAuley*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

                                                               */s/  Catherine D. Singer*
                                                               *Counsel for Defendant Campbell McAuley*