IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DIGITAL ALLY, INC.,

Plaintiff,

v.                                    Case No 22-cv-2203-HLT-ADM

CULP MCAULEY, INC., et al.

Defendants.

## **ORDER FOR CLERKS 14 DAY EXTENSION**

COMES NOW Defendant Larry Roberts, by and through counsel, and requests an Order extending once, for 14 days, the time in which to answer, reply, or otherwise plead to Plaintiff's Complaint, including the filing of counterclaims, in accordance with Local Rule 77.2.

In support of this Motion for Order, Defendant states as follows:

1. Plaintiff's Complaint was served on Defendant Rogers on January 17, 2023.

2. 21 days from the service date, in accordance with Fed.R.Civ.P. 6, is February 7, 2023 for Defendant, so the time to answer or otherwise respond has not expired.

3. The date to which the time to answer, reply or otherwise respond is requested to be extended is February 21, 2023.

4. The time originally prescribed time to answer or otherwise respond has not expired.

WHEREFORE, Defendant Respectfully requests that the Clerk enter the Order below.

Entered this 6th day of February, 2023 at Kansas City, KS.

/s/ Jeffrey S. Hokanson, Deputy Clerk
CLERK OF COURT

Respectfully Submitted and Order Prepared by:

/s/ Christopher F. Pickering
Christopher F. Pickering, KS #14272
THE PICKERING LAW FIRM, P.A.
7450 W. 130th St. Suite 140
Overland Park, KS. 66213
913-647-9019
cfp@pickeringlawfirm.com

*Attorney for Defendant Roberts*

CERTIFICATE OF SERVICE

I certify that the following was filed using the electronic filing system of the Federal District Court for the District of Kanas and that notice is electronically sent to all attorneys of record by this system:

/s/ Christopher F. Pickering
*Attorney for the Defendant Roberts*
