IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-02203-HLT-ADM |
| vs. ) | |
| ) | |
| CULP McAULEY, INC., BRANDON ) | |
| CULP, CAMPBELL McAULEY, MARK ) | |
| DEPEW, and LARRY M. ROBERTS, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] CLERK'S EXTENSION OF TIME**

Pursuant to Local Rule 77.2, Defendant Campbell McAuley respectfully requests a fourteen (14) day extension to answer or otherwise respond to the Second Amended Complaint in this matter. Campbell McAuley was served with the Second Amended Complaint on January 17, 2023. As such, the current deadline to answer or otherwise respond to the Second Amended Complaint is February 7, 2023. That time has not yet expired. With the requested extension, the new deadline to answer or otherwise respond to the Second Amended Complaint will be February 21, 2023.

IT IS HEREBY ORDERED that the deadline for Defendant Campbell McAuley to answer or otherwise respond to the Second Amended Complaint is extended to February 21, 2023.

s/ J. Kendall, Deputy Clerk
Clerk of the District Court

Dated: February 6, 2023

Respectfully submitted,

GM LAW PC

By  */s/ Carrie D. Savage*
Catherine D. Singer     KS # 26271
Carrie D. Savage         KS # 27534
1201 Walnut Street, 20th Floor
Kansas City, MO  64106
Telephone:     (816) 471-7700
Facsimile:      (816) 471-2221
catherines@gmlawpc.com
carries@gmlawpc.com

*Counsel for Defendant Campbell McAuley*