IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DIGITAL ALLY, INC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**CULP MCAULEY, INC., et al.,**<br><br>　　Defendants. | Case No. 2:22-cv-02203-HLT-ADM |

## CLERK'S ENTRY OF DEFAULT AGAINST CULP MCAULEY, INC.

Pursuant to the Order (Doc. 63), the Court directed the clerk's office to enter default against Defendant Culp McAuley, Inc.

Upon review, the Clerk has determined that: the record reflects that no answer or other defense has been filed by Defendant as directed by the Court; the time for such has expired; Plaintiff should be granted the requested relief; and a Clerk's entry of Default against Defendant is hereby entered.

The Clerk of the Court enters default against Defendant Culp McAuley, Inc.

IT IS SO ENTERED.

Date: <u>February 21, 2023</u>　　　　　　　　　　　SKYLER O'HARA, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　District of Kansas

　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ M. McGivern</u>
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk