IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., <br><br>   Plaintiff, <br><br>   - against - <br><br> CULP MCAULEY, INC., BRANDON CULP, CAMPBELL MCAULEY, MARK DEPEW, and LARRY M. ROBERTS, <br><br>   Defendants; | Case No.: 2:22-cv-02203-HLT-ADM |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to D. Kan. Rule 83.5.4, I move that Christopher K. Shields be admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that, in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers that are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and correct.

Dated: Leawood, Kansas
        March 30, 2023

*/s/ Leslie Kulick*
Leslie Kulick, Esq. (Kan. #10122)
THE LAW OFFICE OF LESLIE KULICK, LLC
11117 Juniper Drive
Leawood, KS 66211
Telephone: (913) 451-7927
Email: kulicklaw@gmail.com

*Attorneys for Plaintiff Digital Ally, Inc.*