IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., <br><br> Plaintiff, <br><br> - against - <br><br> CULP MCAULEY, INC., BRANDON CULP, CAMPBELL MCAULEY, MARK DEPEW, and LARRY M. ROBERTS, <br><br> Defendants; | Case No.: 2:22-cv-02203-HLT-ADM |

## DECLARATION OF CHRISTOPHER K. SHIELDS IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4. and under penalty of perjury in accordance with 28 U.S.C. § 1746, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Christopher K. Shields.

2. I practice under the following firm name or letterhead:

    Sullivan & Worcester LLP
    1633 Broadway, 32nd Floor
    New York, New York 10019
    Telephone: (212) 660-3000
    Facsimile: (212) 660-3001
    Email: cshields@sullivanlaw.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York State | April 11, 2016 | 5429808 |
| U.S. Dist. Court for the Southern Dist. of New York | May 2016 | CS2420 |
| U.S. Dist. Court for the Eastern Dist. of New York | May 2016 | CS3073 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 30, 2023

_____
Christopher K. Shields



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing Registration Form

Name: Christopher K. Shields

Office: Sullivan & Worcester LLP

Address: 1633 Broadway, 32nd Floor

Address:

City: New York    State: NY    Zip: 10019

Office Phone: 212-660-3000    Ext.:    Fax: 212-660-3001

State Bar #: 5429808 (New York)

Attorney's Internet E-mail Address: cshields@sullivanlaw.com

Additional email addresses that should receive Notices of Electronic Filing: rlombardo@sullivanlaw.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

March 30, 2023
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.