# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| **DIGITAL ALLY, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CULP MCAULEY, INC., BRANDON CULP, CAMPBELL MCAULEY, MARK DEPEW, and LARRY M. ROBERTS,**<br><br>　　　　**Defendants.** | Case No. 2:22-cv-02203-HLT |

## JUDGMENT IN A CIVIL CASE

☐　　Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Plaintiff's claims against Defendant Larry M. Roberts are dismissed without prejudice (Doc. 111).  Judgment is entered in favor of Defendant Mark Depew (Doc. 160). Plaintiff is granted partial summary judgment on liability against Defendant Campbell McAuley (Doc. 163).  Default judgment is entered in favor of Plaintiff against Defendants Culp McAuley, Inc. and Brandon Culp (Doc. 161 and 162).

Judgment is entered in favor of Plaintiff against Defendants Culp McAuley, Inc., Brandon Culp, and Campbell McAuley jointly and severally for $3,999,984.00 plus post-judgment interest of 5.18% (Doc. 165).  This case is closed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　SKYLER O'HARA
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

Dated: June 4, 2024　　　　　　　　　　　　　　*/s/  M. Deaton*
　　　　　　　　　　　　　　　　　　　　　　　　By Deputy Clerk